[No. 67634-2-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NATALIE INEZ RAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-06270-1, James R. Orlando, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, C.J., and Grosse, J.

[No. 40229-7-II.   Division Two.   May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTEN K. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00372-1, F. Mark McCauley, J., entered December 14, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, J.; Armstrong, J., concurring in the result only.

[No. 40914-3-II.   Division Two.   May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DEAN HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00172-6, F. Mark McCauley, J., entered June 30, 2010. *Reversed* and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 41408-2-II.   Division Two.   May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH McMILLIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00967-5, Wm. Thomas McPhee, J., entered October 6, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., dissenting.